UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE NEKILE BAKER on behalf of herself and
all other similarly situated consumers

                                             Plaintiff,

-against-

MERCANTILE ADJUSTMENT BUREAU, LLC

                                             Defendant.

1:17-cv-01723

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
July 27, 2017

/s/ Igor Litvak

Igor Litvak, Esq.
The Litvak Law Firm, PLLC
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 989-2908
Facsimile: (718) 989-2908
E-mail: Igor@LitvakLawNY.com

Dated: Chagrin Falls, OH 44022
July 27, 2017

/s/ Michael D. Slodov

Michael D. Slodov, Esq.
Sessions, Fishman, Nathan, Israel
Attorney for the Defendant
15 E Summit St.,
Chagrin Falls, OH 44022
Office: (440) 318-1073
Fax: (216) 359-0049
E-mail: mslodov@sessions.legal

**SO ORDERED:** AUG 03 2017

George B. Daniels
**U.S.D.J.**